NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


L.A. & P. INVESTORS LLC,

      Appellant,

v.

      Case No. 2D18-1170

WILMINGTON SAVINGS FUND
SOCIETY, FSB, d/b/a CHRISTIANA
TRUST, as Owner Trustee of the
Residential Credit Opportunities Trust III,

      Appellee.

_____

Opinion filed December 7, 2018.

Appeal from the Circuit Court for
Hillsborough County; Gregory P. Holder,
Judge.

Joel S. Treuhaft of Palm Harbor Law
Group, P.A., Palm Harbor, for Appellant.

Arnold M. Straus, Jr., of Straus &
Associates, P.A., Pembroke Pines, for
Appellee.


PER CURIAM.


      Affirmed.


SILBERMAN, MORRIS, and BADALAMENTI, JJ., Concur.